UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSDS ASSET MANAGEMENT LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CHINA SOUTHERN AIRLINES COMPANY LIMITED; GUANGZHOU AIRCRAFT MAINTENANCE ENGINEERING COMPANY LIMITED; and DOES 1–100,<br><br>Defendants. | Case No. 2:24-cv-08714-WLH-SK<br><br>**JUDGMENT RE ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS [39]** |

On June 2, 2025, the Court granted the Defendants China Southern Airlines Company Limited's and Guangzhou Aircraft Maintenance Engineering Company Limited's (collectively, "Defendants") Motions to Dismiss and entered an Order dismissing this action in its entirety with prejudice. (Docket No. 38). Upon the stipulation of Plaintiff CSDS Asset Management LLC ("Plaintiff") and Defendants, and pursuant to Fed. R. Civ. P. 58(a), the Court accordingly enters judgment in favor of the Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: June 26, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1